UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mir Islam

_____
Write the full name of each plaintiff.

18 CV 3952

_____CV_____
(Include case number if one has been assigned)

-against-

Josh Matthews ("John Doe")

_____

_____

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes   ☒ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☑ Other: Cybersquatting (1125(d)), Conversion (state tort), trespass to chattels, CFAA (18 USC 1030), Unjust enrichment

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__Mir__  __S__  __Islam__
First Name    Middle Initial    Last Name

__Josh Matthews__

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__67100054__

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__Danbury FCI__
Current Place of Detention

__FCI Danbury Route 37__
Institutional Address

__Danbury__          __Ct__        __06811__
County, City         State         Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ ~~Civilly committed detainee~~
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: Josh Matthews
First Name / Last Name / Shield #

("John Doe") (Josh@FBI.tf)
Current Job Title (or other identifying information)

120 Nicolosi Dr
Current Work Address

Staten Island    NY    10312
County, City / State / Zip Code

Defendant 2:
First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

Defendant 3:
First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

Defendant 4:
First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _Internet_

Date(s) of occurrence: _9-4-12 — 1/17/17_

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

The Plaintiff was arrested on June 25, 2012 for access device fraud, he was on bail until Sept. 4, 2013. From Sept. 4, 2013 he was under Federal custody until his release on August 11, 2016. He was violated supervised Release on Jan 17, 2017 & has been incarcerated since then. While the Plaintiff was incarcerated from Sept 4, 2013 his domain FBI.tf expired. The 'hacker' ("John Doe") registered the domain & created the email Josh@FBI.tf (the email attached to the Plaintiff's Name.com account) & reset the Plaintiff's accounts/ domain 'Grim.com'. The hacker did not change any of the information on the whois thus left the Plaintiff's alias as the owner, rather the hacker controls the account/domain through the email. The Plaintiff registered his domain Grim.com with his alias Josh Matthews which he registered most of his domains with from 2009-2013 as the Plaintiff had many online enemy's who wanted to harm him so he had to hide his identity. In Plaintiff's criminal case no. 12CR810, his alias 'Josh Matthews' is listed there as his AKA. On the address in the whois there is no one named 'Josh Matthews' who exists, I am not certain if the address even exists.

| | |
|---|---|
| Grim.Com Whois<br>Josh Matthews<br>120 Nicolosi Dr.<br>Staten Island, NY 10312<br>Josh@FBI.tf<br>3472911346 | This Court has Jurisdiction under 28 U.S.C. 1331, 28 U.S.C. 1338 as trademark is involved, aswell In Rem Jurisdiction under 15 U.S.C. 1125(d)(2)(A) as the Whois information is a New York address thus the domain is located in this district. |

Page 4

As the Plaintiff is indigent the Plaintiff requests the Court to allow issuance and service of process by Court officers to both the address & the email. 28 U.S.C. 1915(c)(1994); Fed. R. Civ. P. 4(c)(2)(B)(1)

Address:
Josh Matthews
120 nicolosi Dr
Staten Island, NY 10312

Email:
Josh@FBI.TF

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

The Plaintiff's domain "GRIM.Com" was hacked from him during the period he was incarcerated.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

The Plaintiff requests no money damages, he prays to the Honorable Court to order Name.Com (Domain Registar) to transfer the domain to the Plaintiff, as he is the rightful owner.
The Registar is Name.Com LLC (for Grim.Com)
The Registar for all .Com domains is Verisign, Inc.

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

4/27/18 — Dated

Plaintiff's Signature

First Name: Mir
Middle Initial: S
Last Name: Islam

Prison Address: FCI Danbury Route 37 (33 1/2 Pembroke RD)

County, City: Danbury
State: CT
Zip Code: 06811

Date on which I am delivering this complaint to prison authorities for mailing: 4/30/18

⇔67100-054⇔
Islam Mir
33 1/2 Pembroke RD
Reg #67100-054
Danbury, CT 06811
United States

Page 6



WESTCHESTER NY 105
30 APR 2018 PM 1 L

⇔67100-054⇔
Islam Mir
33 1/2 Pembroke RD
Reg #67100-054
Danbury, CT 06811
United States

⇔67100-054⇔
Clerk Us District Ct
Southern District
500 Pearl ST
Pro Se Clerk's Office
NEW YORK, NY 10007
United States

10007-131608